# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **RITCHIE GLENN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 19-cv-2163 |
| | ) |
| | ) Honorable Judge Colin Sterling Bruce |
| v. | ) |
| | ) |
| **ILLINOIS AMERICAN WATER** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiff Ritchie Glenn's Motion for Leave to Make Objections to Defendant's First Set of Interrogatories to Plaintiff, *Instanter* (#12) is GRANTED. Plaintiff Ritchie Glenn's July 20, 2020 Answers and Objections to Defendant's First Set of Interrogatories to Plaintiff shall be deemed timely pursuant to FRCP 33 and 34.


Entered this 2nd day of September, 2020


                        s/ ERIC I. LONG
                        _____
                        Honorable Eric I. Long
                        United States Magistrate Judge